UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

VRAJ KILIPBHAI PATEL,                                                    Petitioner,

v.                                                      Civil Action No. 3:25-cv-373-RGJ

JAILER JEFF TINDELL, Oldham County Detention
Center; SAMUEL OLSON, Field Office Director,
Chicago Field Office, Immigration and Customs
Enforcement; KRISTI NOEM, Secretary of the U.S.
Department of Homeland Security; and
PAMELA BONDI, Attorney General of the United States,                     Respondents.

* * * * *

## ORDER

Petitioner Vraj Kilipbhai Patel moves for temporary restraining order and preliminary injunction. [DE 19]. This request was not raised during the hearing held just days ago on June 25, 2025.  The Court, having reviewed the motion, and being otherwise sufficiently advised, **ORDERS** as follows:

(1)      Respondents Samuel Olson, Kristi Noem, and Pam Bondi shall file a response to the motion [DE 19] by **Friday, July 4, 2025**.

(2)      Petitioner shall file any reply by **Tuesday, July 8, 2025**.

(3)      The response and reply shall include addressing the following questions:

- What statute grants this court jurisdiction to consider and grant Petitioner a temporary restraining order or preliminary injunction?

- What new information has been uncovered or change of circumstances has occurred, necessitating this motion just days after the June 25, 2025 hearing?

- What is this court's role in ensuring the due process rights of Petitioner?

- If this Court is without jurisdiction to hear Petitioner's claim, where may Petitioner seek relief for alleged violations of statute or his constitutional due process rights in relation to his claims for asylum or the removal proceedings (expedited or otherwise)?

Rebecca Grady Jennings, District Judge
United States District Court

June 30, 2025

cc:    Counsel of Record